1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 THOMAS BROWN,                    ) Case No.: CV 07-828 CW
                                    )
12         Plaintiff,                ) ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                           ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
15                                  )
           Defendant.                )
16 _____  )

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20 rights, the amount of three thousand eight hundred dollars and no cents

21 ($3,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

22 above-referenced Stipulation.

23 DATE:    September 26, 2008

24                         ___/s/ Carla M. Woehrle_____

25                              UNITED STATES MAGISTRATE JUDGE

26